CV-06-4987-SVW (RCx)

A CERTIFIED TRUE COPY

AUG - 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2006                    JUL 18 2006

GREGORY C. LANGHAM    FILED
CLERK'S OFFICE

DOCKET NO. 1745

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CO 1:06-1047

IN RE LIVE CONCERT ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

Lauren J. Hammer -v- Clear Channel Communications Inc., et al

CONDITIONAL TRANSFER ORDER (CTO-3)

On April 17, 2006, the Panel transferred three civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, two additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Stephen V. Wilson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 17, 2006, and, with the consent of that court, assigned to the Honorable Stephen V. Wilson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-3454 | Nicole Francoise Latour v. Clear Channel Communications, Inc., et al. |
| CAN 3 06-3588 | Corey Rosen v. Clear Channel Communications, Inc., et al. |
| **COLORADO** | |
| CO 1 06-1047 | Lauren J. Hammer v. Clear Channel Communications, Inc., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-1003 | Julie Walker v. Clear Channel Communications, Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1325 | Daniel T. Hull v. Clear Channel Communications, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-883 | Terry Leitner v. Clear Channel Communications, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 06-11020 | Kevin MacLaughlan v. Clear Channel Communications, Inc., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 06-12403 | James K. Friedman v. Clear Channel Communications, Inc., et al. |
| MIE 2 06-12447 | Jennifer Zbytowski, et al. v. Clear Channel Communications, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 06-249 | Coya Bailey v. Clear Channel Broadcasting, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 06-323 | Daniel John Woodring v. Clear Channel Communications, Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2225 | Melissa Lewis v. Clear Channel Communications, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2064 | Shane Prince v. Clear Channel Communications, Inc., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-294 | Katherine Ludt v. Clear Channel Communications, Inc., et al. |